931 A.2d 593

IN THE MATTER OF JAMES WHITE, A/K/A JAMES E. WHITE, AN ATTORNEY AT LAW (ATTORNEY NO. 040781996).

September 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–344, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **JAMES WHITE, a/k/a JAMES E. WHITE,** of **EWING,** who was admitted to the bar of this State in 1996, should be suspended from the practice of law for a period of six months based on discipline imposed in the State of New York that in New Jersey constitutes violations of *RPC* 1.15(a)(commingling and negligent misappropriation of client funds), *RPC* 1.15(d) and *Rule* 1:21–6(recordkeeping violations) and *Rule* 1:21–6(c)(1)(I)(2) (making prohibited cash withdrawals from trust account);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to complete courses in professional responsibility and trust accounting and that following reinstatement, respondent should submit quarterly trust account reconciliations to the Office of Attorney Ethics for a period of two years;

And good cause appearing:

It is ORDERED that **JAMES WHITE, a/k/a JAMES E. WHITE,** is hereby suspended from the practice of law for a period of six months, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall enroll in and successfully complete twelve hours of courses in professional responsibility and attorney trust accounting approved by the Office of Attorney Ethics; and it is further

ORDERED that after reinstatement to practice, respondent shall submit to the Office of Attorney Ethics quarterly reconcilia-

tions of his trust account for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.